■ In the Matter of SAM A. SIMONETTI, as Guardian ad Litem of RICHARD SIMONETTI, an Infant, Respondent, v. TOWN OF CHILI et al., Appellants. (Appeal No. 2.)— Judgment unanimously reversed on the law, with costs, and complaint dismissed. Same memorandum as in *Matter of Mastradonato* v. *Town of Chili* (39 A D 2d 824). (Appeal from judgment of Monroe Trial Term in negligence action.) Present — Del Vecchio, J. P., Marsh, Moule, Cardamone and Henry, JJ.